AFFIDAVIT OF
SPECIAL AGENT DAVID NIGRO
IN SUPPORT OF A CRIMINAL COMPLAINT

I, David Nigro, after being duly sworn, depose and state as follows:

1. I am a Special Agent with Homeland Security Investigations ("HSI"), within The Department of Homeland Security ("DHS"), I am assigned to the HSI Cleveland Field Office in I have been trained specifically in the investigation and elements of federal crimes at the Federal Law Enforcement Training Center at Glynco, Georgia. I hold a Bachelor of Business Administration in International Business from Temple University. I have approximately 8 years of experience as a federal law enforcement officer and criminal investigator. As a result of my past and present employment, I have conducted numerous overt and covert investigations of persons suspected of identity theft and immigration violations, for violations of both state and federal laws, and executed search and arrest warrants.

2. I submit this affidavit to support a criminal complaint and arrest warrant. I have not included every detail known to me about this case. Rather, I have included those facts necessary to establish probable cause.

3. On August 6, 2025, HSI conducted a search warrant at AZZ Galvanizing, 1723 Cleveland Ave SW, Canton, Ohio. As a result of the search warrant, personnel files were seized and approximately 25 illegal aliens were arrested for violations of The Immigration and Nationality Act. These individuals were processed for removal from the United States and turned over to the custody of Immigration and Customs Enforcement, Enforcement and Removal Operations.

4. Felix PASTOR PEREZ, (Alien Number 099 826 841, DOB 01/10/1990) was identified to be working at AZZ Galvanizing under the name of Ernesto J Ortiz Alvarez. AZZ Galvanizing provided the USCIS form I-9, Employment Eligibility Verification completed in the name of Ernesto J Ortiz Alvarez, social security number xxx-xx-3028. This form was dated 03/14/2017 and included scanned images of Ohio identification card number WL 289173 and a social security card xxx-xx-3028 both in the name of Ernesto J Ortiz Alvarez as proof of identity and employment authorization. I compared the photo of the Ohio ID WL 289173 bearing Ernesto J Ortiz Alvarez and the booking photo of PASTOR PEREZ and it appeared to be a match.

5. On or about March 14, 2017, AZZ Galvanizing submitted the information to the Department of Homeland Security E-Verify system. This system checks data bases based on name, date of birth, and social security number to determine a person's eligibility to lawfully work in the United States. E-Verify replied that Ernesto J Ortiz Alvarez, date of birth xx/xx/87, social security number xxx-xx-3028 was a citizen of the United States and that employment was authorized. PASTOR PEREZ is not a U.S. Citizen and is an illegal alien from Guatemala.

6. On May 28, 2025, I subpoenaed the Ohio Department of Job and Family Services for

wage data reported for Ernesto J Ortiz Alvarez. The State of Ohio records show that Ernesto J Ortiz Alvarez received $12,472.80 for the first quarter of 2025 from NAGALV OHIO Inc. It is noted that AZZ Galvanizing operates nationally under the name NAGALV in the state of Ohio.

7. A law enforcement database check of Ohio identification card WL 289173 revealed the number is not on file.

8. The tipster provided AZZ Galvanizing employee roster with name, date of hire, address, and phone number. The AZZ Galvanizing roster shows Ernesto Ortiz lives at 1213 Walnut St, Dover, OH 44622. During the post administrative arrest processing of Pastor Perez, he stated that he resides at 1213 N Walnut St, Dover, OH 44622.

9. On August 14, 2025, I spoke with the tipster in this case, who is a union member and employee of AZZ Galvanizing. The tipster was shown the booking photo of Felix PASTOR PEREZ and stated that it was Ernesto Alvarez.

10. It has been my experience from other criminal investigations and speaking with the defendants in those investigations that an individual who is in the United States illegally will attempt to obtain documents that purport to show that they are legally in the United States to avoid arrest. When an alien attempts to obtain an official government identification document, such as a driver's license or other form of Government issued identification, it is known that he must provide a valid birth certificate and social security card. The alien knows that without these valid identity documents belonging to an actual United States citizen, or someone with legal immigration status in the United States, that the requested driver's license or Government benefit will not be issued, that the documents they possess will be confiscated, and that they may be arrested.

11. Based on the above facts, there is probable cause to believe that Felix PASTOR PEREZ also known as Ernesto J Ortiz Alvarez has violated Title 18 United States Code, Section 1028A(a)(1)), that is: Aggravated Identity Theft and Title 42 United States Code, Section 408(a)(7)(B), that is: Misuse of Social Security Number.

________________________________________
DAVID NIGRO
SPECIAL AGENT
U.S. HOMELAND SECUITY INVESTIGATIONS

Subscribed and sworn to me this __20th___ day of August 2025 via telephone after submission by reliable electronic means. FED. R. CRIM. P. 4.1 and 41(d)(3).

Carmen Henderson
U. S. MAGISTRATE JUDGE