IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
DEC 3 1 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **SUPERSEDING INFORMATION** |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | CASE NO. 5:25CR466 |
| | ) | Title 18, United States Code, |
| FELIX PASTOR-PEREZ, | ) | Section 1028(a)(7) |
| Defendant. | ) | |

### COUNT 1
(Unlawful Use of a Means of Identification, 18 U.S.C. § 1028(a)(7))

The United States Attorney charges:

On or about April 18, 2024, in the Northern District of Ohio, Eastern Division, Defendant FELIX PASTOR-PEREZ did knowingly use, without lawful authority, a means of identification of another person, E.O., (whose name is known to the United States Attorney), with the intent to commit, and to aid and abet, and in connection with any unlawful activity that constitutes a felony under any applicable State law, to wit: Identity Fraud, in violation of Ohio Revised Code 2913.49(B), and as a result of the offense, Defendant obtained anything of value aggregating $1,000 or more.

In violation of Title 18, United States Code, Section 1028(a)(7).

DAVID M. TOEPFER
United States Attorney

By: _____
Peter E. Daly, Chief
Akron and Youngstown Branch